# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3443

_____

Cedric Holman,                 *
                                    *

           Appellant,        *
                                    *     Appeal from the United States

      v.                       *     District Court for the
                                    *     Eastern District of Missouri.

Coca-Cola Enterprises, Inc., doing      *
business as Central States Coca Cola   *
Bottling Company,          *     [UNPUBLISHED]
                                    *

           Appellee.         *

_____

Submitted: December 20, 2007
Filed: December 28, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Cedric Holman appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, Coca-Cola Enterprises, Inc. Having carefully reviewed the record and considered Holman's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). To the extent Holman is attempting

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

to challenge the orders denying his motion to appoint counsel, motion to compel, and motion to amend his complaint, we conclude the district court did not abuse its discretion. See Phillips v. Jasper County Jail, 437 F.3d 791, 794 (8th Cir. 2006) (there is no constitutional or statutory right to appointed counsel in civil case; relevant factors and standard of review); Sallis v. Univ. of Minn., 408 F.3d 470, 477 (8th Cir. 2005) (review of discovery rulings is narrow and deferential); Bediako v. Stein Mart, Inc., 354 F.3d 835, 841 (8th Cir. 2004) (district court did not abuse its broad discretion in denying plaintiff's motion for leave to amend complaint where litigation process was already in advanced stage and plaintiff sought to add theories not presented in original complaint).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____